# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

KEITH L.,

        Plaintiff,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 23-139 (MJD/LIB)

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

Keith L., pro se.

Ana H. Voss, Assistant United States Attorney and James D. Sides, Social Security Administration, Office of the General Counsel, for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated April 11, 2023. No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Brisbois dated April 11, 2023.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated April 11, 2023 **(Doc. 28)**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or, in the alternative, for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 15, 2023                                s/Michael J. Davis
                                                     Michael J. Davis
                                                     United States District Court